```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07982
    EDGAR R BLUNT JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-4635


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/02/2007 and was confirmed 07/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG        .00           .00           .00
SAXON MORTGAGE             MORTGAGE ARRE    3202.00           .00           .00
CITY OF CHICAGO WATER DE   SECURED NOT I     203.39           .00           .00
VILLAGE OF KANKAKEE        NOTICE ONLY     NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         695.91           .00           .00
CAPITAL ONE                UNSECURED         525.35           .00           .00
CITY OF CHICAGO PARKING    UNSECURED         200.00           .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED          .00           .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         236.67           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         503.48           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         858.37           .00           .00
PUBLISHERS CLEARING HOUS   UNSECURED       NOT FILED          .00           .00
RICKENBACKER               UNSECURED       NOT FILED          .00           .00
TEX COLLECTION AGENCY      UNSECURED       NOT FILED          .00           .00
TRUST REC SV               UNSECURED       NOT FILED          .00           .00
SOUTH SHORE EMERGENCY PH   UNSECURED       NOT FILED          .00           .00
AT & T                     UNSECURED       NOT FILED          .00           .00
SAXON MORTGAGE             NOTICE ONLY     NOT FILED          .00           .00
WILMA BLUNT                NOTICE ONLY     NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,464.00                      2,602.34
TOM VAUGHN                 TRUSTEE                                          205.16
DEBTOR REFUND              REFUND                                           137.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 2,944.50

PRIORITY                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07982 EDGAR R BLUNT JR
```

```
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,602.34
TRUSTEE COMPENSATION                                            205.16
DEBTOR REFUND                                                   137.00
                                   ----------------    ----------------
TOTALS                                     2,944.50            2,944.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/24/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```